FILED
98 OCT -5 PM 1:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS HOWARD EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 98-P-2065-W |
| | ) | |
| TAYLOR HARDIN SECURE MEDICAL FACILITY, TIMOTHY LONG, NELDA BALL, DARRELL GORDON, LESLIE ADAMS, CORACE NEVELS, and DONALD TYSON, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
OCT - 5 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 11, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on September 23, 1998.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 5th day of October, 1998.

SAM C. POINTER, JR.
CHIEF UNITED STATES DISTRICT JUDGE

8